IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,

-vs-

Misty Flannery,

        Defendant.

Case 3:21-po-7

Magistrate Judge Silvain

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Driving Under Suspension, in violation of the Ohio Revised Code, Section 4510.11(A) and Title 18 of the United States Code, Sections 7 and 13, made in Count 1, Citation 7725434, is hereby AMENDED to charge No Operator's License, a minor misdemeanor and violation of the Ohio Revised Code, Section 4510.12 and Title 18 of the United States Code, Sections 7 and 13.

IT IS SO ORDERED.

Date: 11/17/21

Peter B. Silvain, Jr.
United States Magistrate Judge

Assistant United States Attorney